## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| Sara Jolitz, <br><br> Plaintiff, <br> v. <br><br> Valentine & Kebartas, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 2:13-cv-00009-NJ |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 15, 2013

Respectfully submitted,

By */s/ Amy L. Cueller*

Amy L. Cueller, Esq.. #15052-49
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

       I hereby certify that on April 15, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Amy L. Cueller

                                          Amy L. Cueller

2

Case 2:13-cv-00009-LA   Filed 04/15/13   Page 2 of 2   Document 6