**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| Sara Jolitz, | : | |
| | : | Civil Action No.: 2:13-cv-00009-NJ |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Valentine & Kebartas, Inc.; and DOES 1-10, | : | |
| inclusive, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
### DISMISSAL OF ACTION WITH PREJUDICE
### <u>PURSUANT TO RULE 41(a)</u>

Sara Jolitz ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 10, 2013

Respectfully submitted,

By */s/ Amy L. Cueller*

Amy L. Cueller, Esq.. #15052-49
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Amy L. Cueller

Amy L. Cueller